IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AUDRAY JOHNSON**                                                                                 **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:15-CV-761-HTW-LRA**

**HINDS BEHAVIORAL HEALTH AND**
**DR. FAWAZ ABDRABBO, M.D.**                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 4] of United States Magistrate Judge Linda Anderson, which recommends that this court deny the plaintiff's motion for leave to proceed in forma pauperis [docket no. 2] because the plaintiff has sufficient funds to pay the $400.00 filing fee.  Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's motion to proceed in forma pauperis is denied, and the plaintiff is directed to pay the $400.00 filing fee by February 16, 2016.

**SO ORDERED, THIS THE 29th DAY OF JANUARY, 2016.**

                                                          **s/ HENRY T. WINGATE**
                                                          **UNITED STATES DISTRICT JUDGE**